UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALEXANDER C. GATZIMOS, M.D., <br> Plaintiff, | ) <br> ) <br> ) | |
| vs. | ) | 1:04-cv-00740-LJM |
| | ) | |
| MICHAEL GARRETT, *et al.*, <br> Defendant. | ) <br> ) <br> ) | |

## ORDER ON PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND RECONSIDER SUMMARY JUDGMENT RULING

This matter comes before the Court on plaintiff's, Alexander C. Gatzimos, M.D. ("Dr. Gatzimos"), Motion to Alter or Amend Judgment and Reconsider Summary Judgment Ruling (Dkt. No. 155). On April 29, 2010, the Court issued its Order on defendants', Michael Garrett, Michael Morris, and Gretchen Yordy (collectively, the "Defendants"), Motion for Summary Judgment, in which it granted summary judgment for Defendants on all of Dr. Gatzimos' claims. Dkt. No. 153. Dr. Gatzimos asks the Court to relieve him of that judgment, but merely rehashes arguments already considered by the Court and has not provided the Court with any newly discovered evidence. *See Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000) ("To prevail on a motion for reconsideration under Rule 59, the movant must present either newly discovered evidence or establish a manifest error of law or fact.").

Accordingly, Dr. Gatzimos' Motion to Alter or Amend Judgment and Reconsider Summary Judgment Ruling (Dkt. No. 155) is **DENIED**.

IT IS SO ORDERED this 15th day of October, 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Michael K. Sutherlin
MICHAEL K. SUTHERLIN & ASSOCIATES, PC
msutherlin@gmail.com

Samuel Mark Adams
MICHAEL K. SUTHERLIN & ASSOCIATES, PC
msutherlin@gmail.com

Betsy M. Isenberg
Indiana Attorney General's Office
betsy.isenberg@atg.in.gov

Akia Haynes
Indiana Attorney General's Office
akia.haynes@atg.in.gov